## City of New Orleans *v.* State Mutual Insurance Company.

The subscription notes of a mutual insurance company constitute a part of the capital stock of the company, and are subject to taxation.

APPEAL from the Second District Court of New Orleans, *Whitaker,* J. *W. H. Hunt,* for appellant. *L. M. Day,* for appellee.

Howell, J. The question presented in this case is, whether or not the subscription notes of the company constitute a part of the capital, which is subject to taxation under the law?

In the cases of the *City of New Orleans* v. *Union Insurance Company*, and *Same* v. *Star Mutual Insurance Company*, we decided the question in the affirmative, and for the reasons therein given :

It is ordered, that the judgment appealed from be affirmed, with costs.